UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MODERN JUG FACE, LLC,

       Plaintiff,

v.

PHILLIP WRIGHT, et al.,

       Defendants.

Case No. 2:13-cv-847
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

On September 9, 2015, the Magistrate Judge issued a Report and Recommendation [ECF No. 29] in this case recommending that the Court grant in part and deny in part Plaintiff Modern Jug Face, LLC's ("Plaintiff") Motion for Default Judgment (the "Motion") [ECF No. 26]. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected.

Accordingly, the Report and Recommendation [ECF No. 29] is **ADOPTED**, and for the reasons set forth in that document, Plaintiff's Motion [ECF No. 26] is **GRANTED in part** and **DENIED in part**. Defendant Phillip Wright ("Defendant") is **PERMANENTLY ENJOINED** from infringing Plaintiff's copyrighted works, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public Plaintiff's copyrighted works, unless Plaintiff provides Defendant with a license or express permission. Additionally, Defendant is **ORDERED** to destroy all copies of Plaintiff's motion picture at issue in this case, *Jug Face*, that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and all copies that have been transferred onto any physical medium or

device in Defendant's possession, custody, or control. Plaintiff is **AWARDED** $6,000 in statutory damages against Defendant as well as attorney's fees and costs of $1,975.01.

**IT IS SO ORDERED.**

___10-6-2015___
**DATE**

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE